Jeffrey Davis
Davis & Associates P.C.
600 Mamaroneck Ave, 4th Fl
Harrison NY 10528
(914) 586 3529
Jeff@JeffDavisEsq.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------  Civil Action No. 7:20 cv 11064

POWER UP LENDING GROUP LTD.

                        Plaintiff

-against-

THC THERAPEUTICS INC, PARKER MITCHELL
TRANSHARE CORPORATION and BRANDON
ROMANEK,

                        Defendants

---------------------------------------------------------------

## NOTICE TO DISCONTINUE ACTION

**PLEASE TAKE NOTICE** that I, Jeffrey Davis, Esq. of Davis & Associates P.C. the attorney of record for the above-named Defendants with respect to the above captioned matter and on behalf of my client, I hereby discontinue the above captioned matter **without** prejudice, so that this can be re-filed in the Eastern District of New York.

Dated: Thursday, December 31, 2020

Harrison, New York

So Ordered.

*[signature]*

1/4/21

DAVIS & ASSOCIATES P.C.
Attorneys for the Plaintiffs

//s//Jeffrey Davis
Jeffrey Davis
600 Mamaroneck Ave, 4th Floor
Harrison NY 10528
(914) 568 3529